# Notice Recipients

District/Off: 0205–3        User: admin        Date Created: 1/8/2026
Case: 25–30668             Form ID: 318       Total: 21

**Recipients of Notice of Electronic Filing:**
tr      Kara S. Rescia       court@ctmalaw.com
aty     Kevin J. Burns       kburns@cbhplaw.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db        Tatiana De Jesus      82 Beebe Street      Naugatuck, CT 06770
9585653   AT&T        Attention: The President      PO Box 5014      Carol Stream, IL 60197–5014
9585652   Amex      Attention: The President      P.o. Box 981535      El Paso, TX 79998
9585654   Bank of America      Attn: the President      4909 Savarese Circle      Tampa, FL 33634
9585655   Barclays Bank Delaware      Attn: the President      Po Box 8801      Wilmington, DE 19899
9585656   Bridgecrest Acceptance Corp      Attention the President      Po Box 53087. Suite 100      Phoenix, AZ 85072
9585657   Capital One      Attn: The President      P.O. Box 30285      Salt Lake City, UT 84130
9585658   Capital One Auto Finance      Attn: the President      7933 Preston Rd      Plano, TX 75024
9585659   Cenlar      Attn: the President      425 Phillips Blvd      Ewing, NH 08618
9599752   Connecticut Claims Adjusters      attention: Managing Member      2 9 North Plains Highway Unit B      Wallingford, CT 06492
9585660   Fingerhut      Attn: the President      6250 Ridgewood Road      Saint Cloud, MN 56303
9585661   Fnb Omaha      Attn: the President      P.O. Box 3128      Omaha, NE 68103
9585662   Fortiva      Attn: the President      Po Box 105555      Atlanta, GA 30348
9585663   Idaho Housing Agency      Attn: the President      844 Washington St, N, Ste 300      Twin Falls, ID 83301
9585664   Mohela      Attn: the President      P.O.Box 9635      Wilkes Barre, PA 18773
9585665   Navy Federal Credit Union      Attn: the President      Po Box 3302      Merrifield, VA 22119
9585666   Sibby's Automotive, Inc      Attention: the President      600 High Street      Naugatuck, CT 06770
9585667   Sunbit Financial      Attn: The President      10880 Wilshire Blv Suite 870      Los Angeles, CA 90024
9585668   Synchrony Bank/Care Credit      Attn: the President      Po Box 965060      Orlando, FL 32896

TOTAL: 19